UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: **Susan Hodges**<br><br>　　　　　Debtor | : Chapter 13<br>:<br>: Bankruptcy No. **16-18011**<br>:<br>: MOTION TO COMPROMISE OR<br>: SETTLE PERSONAL INJURY LAWSUIT<br>: PURSUANT TO RULE 9019 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　**Debtor** has filed a Motion to Compromise or Settle Wrongful Termination Action Pursuant to Rule 9019.

　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

　　1.　　If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 20, 2017** you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　Bankruptcy Clerk's Office
　　　　900 Market Street
　　　　Philadelphia, PA  19107-4228

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b)　　mail a copy to the movant's attorney:

　　　　Michael D. Sayles
　　　　427 West Cheltenham Avenue, Suite #2
　　　　Elkins Park, PA  19027
　　　　Phone: 215/635-2270
　　　　Fax:  215/424-1260

   2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled before the Honorable Judge Jean F. Fitzsimon on **May 25, 2017 at 9:30 A.M. in Courtroom #3,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4228.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at 215\408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: **April 13, 2017**