IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Susan Hodges**              :        CHAPTER 13
                                                                                       :
                                                                                       :
                                                                                       :
DEBTOR                                  :        **Bankruptcy No.: 16-18011**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that, for the record, there was no responsive pleading filed in opposition to Debtor's Motion to Approve Settlement and Distribute Proceeds.

Respectfully Submitted,

Dated: **May 24, 2017**

\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215-635-2270 (phone)
215-635-7508 (fax)