# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18011-JKF

SUSAN B. HODGES

2066 Heather Road

Folcroft, PA 19032

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SUSAN B. HODGES

2066 Heather Road

Folcroft, PA 19032

**Counsel for debtor(s), by electronic notice only.**
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 5/30/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee