UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Susan Hodges** | : | Chapter 13 |
| | | : | |
| | **DEBTOR** | : | Bankruptcy No.: 16-18011 |
| | | : | |

## O R D E R

**AND NOW**, this    day of                    , 2017, upon Debtor's Motion to Approve

Settlement Related to a Wrongful Termination Claim:

IT IS ORDERED that the Court approves the proposed gross settlement of **$22,500.00**,

less attorney fees and costs, for a net total proceeds of **$18,000.00** to Debtor.

IT IS FURTHER ORDERED that the Court approves the distribution of proceeds in

accordance with the Proposed Statement of Distribution, including distribution of attorney fees

and costs to Stephen Ernest, Esquire.

**Date: June 25, 2017**

_____

Jean K. Fitzsimon
UNITED STATES BANKRUPTCY JUDGE