United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18011-jkf
Susan B. Hodges                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1            Date Rcvd: Jun 26, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2017.
db             +Susan B. Hodges,    2066 Heather Road,    Folcroft, PA 19032-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Susan B. Hodges midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Susan Hodges** | : | Chapter 13 |
| | : | |
| DEBTOR | : | Bankruptcy No.: 16-18011 |
| | : | |

# O R D E R

**AND NOW**, this      day of                , 2017, upon Debtor's Motion to Approve Settlement Related to a Wrongful Termination Claim:

IT IS ORDERED that the Court approves the proposed gross settlement of **$22,500.00**, less attorney fees and costs, for a net total proceeds of **$18,000.00** to Debtor.

IT IS FURTHER ORDERED that the Court approves the distribution of proceeds in accordance with the Proposed Statement of Distribution, including distribution of attorney fees and costs to Stephen Ernest, Esquire.

**Date: June 25, 2017**

_____
Jean K. Fitzsimon
UNITED STATES BANKRUPTCY JUDGE