# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-18011-JKF

SUSAN B. HODGES

2066 Heather Road

Folcroft, PA 19032

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SUSAN B. HODGES

    2066 Heather Road

    Folcroft, PA 19032

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

                                        /S/ William C. Miller

Date: 7/7/2017                                   _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee