United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-18011-jkf
Susan B. Hodges                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2           Date Rcvd: Aug 03, 2017
                            Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db           +Susan B. Hodges,    2066 Heather Road,    Folcroft, PA 19032-1609
cr            New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC  29603-0826
13827714     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13824174     +COMCAST,    PO BOX 3001,    Southeastern, PA 19398-3001
13870100      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13849569     +Country Door,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13824175     +GM Financial,    PO BOX 181145,    Arlington, TX 76096-1145
13824176      Greentree Servicing LLC,    345 St. Peter Street,    1100 Landmark Towers,    Saint Paul, MN 55102
13824177     +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
13947198      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    PO BOX 10826,
               GREENVILLE SC 29603-0826
13824179     +PNC,    PO Box 3180,    Pittsburgh, PA 15230-3180
13824180      Southeast Radiology,    PO Box 809,    Berwick, PA 18603-0809
13824181      Through the Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
13824182     +Trojan Professional Service,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Aug 04 2017 01:32:36     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 01:32:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2017 01:32:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13824173      E-mail/Text: ebn@americollect.com Aug 04 2017 01:32:14     Americollect Inc.,
               1851South Alverno Road,    Manitowoc, WI 54220
13862124      E-mail/Text: bankruptcy.bnc@ditech.com Aug 04 2017 01:31:54
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, SD 57709-6154
13824178     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2017 01:31:52     Kohls Department Store,
               PO Box 3115,    Milwaukee, WI 53201-3115
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AmeriCredit Financial Services, Inc. dba GM Financ
13828379*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13929658*     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Susan B. Hodges midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Randi               Page 2 of 2              Date Rcvd: Aug 03, 2017
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN B. HODGES                              Chapter 13

                Debtor          Bankruptcy No. 16-18011-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: August 3, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291


Debtor:
SUSAN B. HODGES

2066 Heather Road

Folcroft, PA 19032